JAMES A. PILLING *vs.* NARRAGANSETT MACHINE COMPANY.

To hold an employé guilty of contributory negligence when injured in the course
of his employment, it must appear that he was sufficiently acquainted with the
work assigned to him to know the dangers incident to it.

The case of *Larich* v. *Moies*, 18 R. I. 513, distinguished from the present case.

PLAINTIFF'S petition for a new trial.

*December* 29, 1896.    PER CURIAM.    The plaintiff while in
the employment of the defendant was injured by the top-
pling over on to him of a pile of lumber.    At the time of
the accident he was engaged in piling boards for the flooring
of bowling alleys alongside of the lumber which fell.    The
Common Pleas Division non-suited the plaintiff on the ground
that he was guilty of contributory negligence.    We think
the court erred in so doing.    It was not shown that the plain-
tiff was sufficiently acquainted with the piling of lumber to
know that lumber piled as this was, without cross-pieces to
bind the pile together, was liable to fall, and unless he was
there was nothing, so far as the testimony shows, to have
suggested the danger to him.    In *Larich* v. *Moies*, 18 R. I.
513, relied on by the defendant, the dangerous character of
the overhanging bank was known to the plaintiff.    This fact
sufficiently distinguishes that case from the present.    We
think that it should have been left to the jury to determine
whether or not the plaintiff was in the exercise of the degree
of care which a prudent person would have exercised in the
circumstances of the case.

New trial granted, and case remitted to the Common Pleas
Division.

*Hugh J. Carroll*, for plaintiff.

*Stephen O. Edwards & Walter F. Angell*, for defendant.